**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC, )<br>)<br>Movant )<br>)<br>v. )<br>)<br>STMICROELECTRONICS, INC., )<br>)<br>Respondent. )<br>) | Case No. 3:15-MC-100-L |

**APPENDIX IN SUPPORT OF RESPONDENT STMICROELECTRONICS, INC.'S
SUBMISSION PURSUANT TO ORDER DATED SEPTEMBER 11, 2015**

Respondent STMicroelectronics, Inc. hereby submits this Appendix in Support of Its Submission Pursuant to Order Dated September 11, 2015.

| Exhibit | Description | App. Pages |
|:---:|---|:---:|
| A | Declaration of Angela Zambrano | 1-2 |
| 1 | Email from Justin Chen to Andrew Mayo (cc: Megan Bibb, Amir Alavi, Alisa Lipski, Jamie Aycock, and Vanessa Hernandez) in re: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena | 3-9 |
| 2 | Unofficial Voicemail Transcription | 10 |

Respectfully submitted,

*s/*Angela Zambrano
Angela Zambrano
SIDLEY AUSTIN LLP
Texas Bar No. 24003157
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Ph:  (214) 981-3300
Fax:  (214) 981-3400
angela.zambrano@sidley.com
*Attorney for STMicroelectronics, Inc*

**CERTIFICATE OF SERVICE**

I, Angela Zambrano, hereby certify that on September 21, 2015, I electronically submitted the above Appendix in Support of Respondent STMicroelectronics, Inc.'s Submission Pursuant to Order Dated September 11, 2015, with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that all counsel and parties of record have been served using the electronic case filing system, as authorized under the Federal Rules of Civil Procedure.

*s/*Angela Zambrano  
Angela Zambrano

# EXHIBIT A

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES, LLC, ) | |
| ) | |
| Movant ) | Case No. 3:15-MC-100-L |
| ) | |
| v. ) | |
| ) | |
| STMICROELECTRONICS, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

## DECLARATION OF ANGELA ZAMBRANO

1. My name is Angela Zambrano. I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude. I am fully competent to make this declaration, and all of the facts set forth in this declaration are based on my personal knowledge and are true and correct.

2. I am an attorney at the law firm Sidley Austin LLP. I am also one of the lawyers in the above-styled lawsuit representing Respondent STMicroelectronics, Inc.

3. I am incorporating by reference the definitions set forth in the Respondent STMicroelectronics, Inc.'s Submission Pursuant to Order Dated September 11, 2015.

4. On September 17, 2015, Mr. Amir Alavi, Counsel for Nexus Display Technologies, LLC, left a voicemail for Andrew Mayo, Counsel for STMicroelectronics, Inc., indicating that he was calling with regard to the subpoena served on STMicroelectronics and the Motion to Compel. He did not mention the Court Order nor did he offer to confer face-to-face.

2

5.  I requested that my assistant transcribe Mr. Alavi's voicemail. A true and correct copy of the transcription is included as Exhibit 2 to the Appendix in Support of Respondent STMicroelectronics, Inc.'s Submission Pursuant to Order Dated September 11, 2015.

6.  On September 17, 2015, I returned Mr. Alavi's phone call. He did not answer, so I left a voice message letting him know that I represented STMicroelectronics and asking him to call me back.

7.  I have not heard back from Mr. Alavi as of the filing of this declaration.

8.  Additionally, included in the Respondent's Appendix in Support of Its Submission Pursuant to Order Dated September 11, 2015 is a true and correct copy of the following documents:

| Exhibit | Description | Appendix Pages |
|---|---|---|
| 1 | Email from Justin Chen to Andrew Mayo (cc: Megan Bibb, Amir Alavi, Alisa Lipski, Jamie Aycock, and Vanessa Hernandez) in re: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena | 3-9 |
| 2 | Unofficial Voicemail Transcription | 10 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 21st day of September, 2015.

*s*/Angela Zambrano  
Angela Zambrano

# EXHIBIT 1

**Hunter, Renee**

| | |
|---|---|
| **From:** | Justin Chen [jchen@AZALAW.COM] |
| **Sent:** | Tuesday, September 08, 2015 7:25 PM |
| **To:** | Andrew MAYO |
| **Cc:** | Megan Bibb; Amir Alavi; Alisa Lipski; Jamie Aycock; Vanessa Hernandez |
| **Subject:** | RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena |

Hi Andrew,

We filed a motion to compel yesterday as a placeholder to preserve our rights.  We remain willing to work with STMicro regarding the subpoena.  If we are able to reach an agreement on what STMicro will provide, we are happy to withdraw the motion.  Please let us know what STMicro intends to produce.

Best,

Justin

**From:** Justin Chen
**Sent:** Friday, September 04, 2015 6:27 PM
**To:** 'Andrew MAYO' <andrew.mayo@st.com>
**Cc:** Megan Bibb <mbibb@AZALAW.COM>; Amir Alavi <aalavi@AZALAW.COM>; Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Hi Andrew,

Just following up on this.  Unfortunately, our discovery deadlines are quickly approaching, and we need to know STMicro's position as soon as possible.

Thanks,

Justin

**From:** Justin Chen
**Sent:** Friday, August 28, 2015 3:53 PM
**To:** 'Andrew MAYO' <andrew.mayo@st.com>
**Cc:** Amir Alavi <aalavi@AZALAW.COM>; Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Hi Andrew,

Thanks for getting back to us.  We appreciate STMicro's willingness to work with us.

Nexus has accused various Dell and Lenovo monitors of infringement because of their compliance with the DisplayPort Standard. Through reviewing Dell and Lenovo documents and discovery responses, we identified the STMicro DisplayPort receivers that are used in these monitors.  These STMicro products implement at least some of the accused functionality in the DisplayPort standard.

You can download a copy of our infringement contentions here:

https://azalaw.sharefile.com/d-s0bdc303295140f6b

Please treat these as confidential under the protective order in the case (Exhibit B to the subpoena).

Regarding STMicro's request for a representation, we are unable to make these types of representations. However, STMicro's production will be made pursuant to the protective order in this case, which limits our use of the information. *See* Paragraph 5 ("Any CONFIDENTIAL INFORMATION obtained by any party from any person pursuant to discovery in this litigation may be used only for purposes of this litigation.")  We think this adequately addresses STMicro's concerns.

We disagree that "submissions to and communications with VESA-certified third party testing centers" is a new request.  This is a narrowed outstanding request.  *See* Document Request #5 ("All documents and communications that refer or relate to the compliance or attempted compliance of Your Products with the DisplayPort standard.")

We only seek compliance documents for the listed STMicro products.

We have tried to make complying with this subpoena as easy as possible for STMicro.  Coming up with the list of STMicro products required reviewing over 30,000 pages of Dell and Lenovo documents, and we have significantly narrowed our original requests.  We don't want to have to file a motion to compel, but we are getting close to discovery deadlines in our case.  Please let us know as soon as possible whether STMicro will produce the requested documents.

Best,

Justin

---

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Friday, August 28, 2015 1:37 PM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

Thank you for your call and latest correspondence concerning the subpoena ("Subpoena") served on STMicroelectronics, Inc. ("ST") by Nexus Display Technologies, LLC ("Nexus") on July 8, 2015.  ST will continue to work with Nexus in good faith and within the parameters of its discovery obligations.  It is important to note, however, that ST is not a party to this case and this is the second subpoena it has received from Nexus and the third subpoena it has received overall in this case.  The latest round of discovery that Nexus seeks is particularly burdensome given that ST is a third party.

It is also not clear how these specific products identified in Nexus' latest request are related to this litigation.  Nexus identified specific ST products allegedly related to this litigation in your e-mail dated August 19.  On our call, you indicated that these products were identified by Dell and Lenovo during discovery.  These products, however, were not identified in the Subpoena, nor in Nexus' first subpoena served on ST on June 18, 2015.  Since your August 21 e-mail, I have reviewed the docket and found no reference to these products.  Please let me know if these products have been accused of infringement in this litigation.  If so, then I ask that you provide the infringement contentions where these products are specifically accused.  Moreover, prior to the production by ST of any sensitive and proprietary technical information relating to its products, ST requests that Nexus provide a representation that neither it, nor its affiliated companies, will pursue claims of infringement against ST based on these products.  We think that is a reasonable request given the business model for Nexus and its affiliates.

With respect to the materials that your letter describes as "Compliance Documents," Nexus has not substantially narrowed its requests in the Subpoena.  First, Nexus still seeks "submissions to and communications with VESA that relate to the DisplayPort Compliance Program."  This request appears to relate to Nexus' Request No. 6 in the Subpoena, seeking "all documents and communications between You and VESA, including those submitted to VESA at your request."  Nexus'

current request, however, has not sufficiently narrowed Request No. 6 so as to resolve ST's outstanding objections. Among other issues, this request is still overbroad and contains no reasonable limitation in time or scope. As a result, ST must maintain its objections to this request.

Second, Nexus now additionally seeks ST's "submissions to and communications with VESA-certified third party testing centers." Because this is an entirely new document request, rather than a narrowing of an outstanding request in the Subpoena, ST must respond as follows:

> ST incorporates by reference herein each of its objections set forth in its Responses and Objections to the Subpoena dated July 21, 2015. ST objects to this request as vague, overbroad, ambiguous, not reasonably limited in time or scope, and seeking to impose an undue burden and harassment upon ST. ST also objects on the grounds that this Request seeks documents that are neither relevant nor calculated to lead to the discovery of admissible evidence. ST objects on the grounds and to the extent this Request seeks documents not in ST's possession, custody or control. ST further objects to the extent the Request seeks the confidential or proprietary commercial information and/or trade secrets of ST or another third party.

Lastly, it is unclear from your latest e-mail correspondence whether Nexus intends to qualify "Compliance Documents" by reference to the products listed in your August 19 e-mail. Please clarify whether you seek "Compliance Documents" only with respect to the "listed STMicro products."

Best regards,
Andrew

---

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Wednesday, August 26, 2015 2:28 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Hi Andrew,

Just wanted to follow up on this. Please let me know how this is coming along whenever you get a chance.

Thanks,

Justin

---

**From:** Justin Chen
**Sent:** Friday, August 21, 2015 10:56 AM
**To:** 'Andrew MAYO' <andrew.mayo@st.com>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Thanks for the call today, Andrew. As we discussed, the specific information we are looking for regarding the listed STMicro products is below:

**Technical Documents**

- Printed Circuit Board (PCB) schematic of chip with DisplayPort connector that goes in the display
- Datasheets, user manuals, and source code for the listed chips

If it helps you guys find the relevant documents, we tried to specifically describe the DisplayPort functionality at issue in the case in document categories #2-4 and #7.  One particular thing that we need information about is the circuitry in the listed chips that generates control signals for the de-multiplexors.

**Compliance Documents**

For documents related to compliance, we request that STMicro search for its submissions to and communications with VESA-certified third party testing centers.  We also request that STMicro search for its submissions to and communications with VESA that relate to the DisplayPort Compliance Program.

Please let me know if you have any questions.

Thanks,

Justin

---

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Wednesday, August 19, 2015 4:35 PM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

10:30 will be fine for me.

Best regards,
Andrew

---

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Wednesday, August 19, 2015 4:34 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Unfortunately I have to attend a CLE at 11:30.  Does 10:30 AM CST work?  I am also generally available Friday afternoon.

---

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Wednesday, August 19, 2015 4:01 PM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

Yes – would this Friday at 11 am CST work for you?

Best regards,
Andrew

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Wednesday, August 19, 2015 12:35 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Hi Andrew,

As we discussed on the call, please find below a list of the STMicro products at issue:

**Dell**

Mars (STDP8028)
Athena (STDP93xx)
STDP4320

**Lenovo**

ST6018
STDP6018
ST6038
STDP7028
STDP8028-AB
STDP9320

Are you available for a follow-up call this week?

Thanks,

Justin

**From:** Justin Chen
**Sent:** Thursday, August 13, 2015 2:08 PM
**To:** 'Andrew MAYO' <andrew.mayo@st.com>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Yes, we can use my dial-in information.  I'll circulate a meeting invitation.

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Thursday, August 13, 2015 2:04 PM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

Yes that time will work for me.  Could you please circulate dial-in information or a number that I can call?  I look forward to speaking with you.

5

07

Best regards,
Andrew

---

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Thursday, August 13, 2015 2:01 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Does 11AM CST on Monday work?

Thanks,

Justin

---

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Thursday, August 13, 2015 8:49 AM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

I am actually out of the office for the rest of the week at a CLE.  Sometime early next week would work much better.  Could you propose a date and time that works for you and/or your team?  As of now, I am generally free next week.

Best regards,
Andrew

---

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Wednesday, August 12, 2015 6:03 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Thanks, Andrew.  Are you available for a call this week to discuss STMicro's responses and objections?

Best,

Justin

---

**From:** Andrew MAYO [mailto:andrew.mayo@st.com]
**Sent:** Tuesday, August 04, 2015 5:44 PM
**To:** Justin Chen <jchen@AZALAW.COM>
**Cc:** Alisa Lipski <alipski@AZALAW.COM>; Jamie Aycock <jamieaycock@AZALAW.COM>; Vanessa Hernandez <vhernandez@AZALAW.COM>
**Subject:** RE: Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Justin,

I confirm receipt of your notice that there will be no deposition tomorrow.  Of course, STMicroelectronics, Inc. remains willing to discuss its responses and objections to the subpoena.

Best regards,
Andrew

**From:** Justin Chen [mailto:jchen@AZALAW.COM]
**Sent:** Tuesday, August 04, 2015 5:01 PM
**To:** Andrew MAYO
**Cc:** Alisa Lipski; Jamie Aycock; Vanessa Hernandez
**Subject:** Nexus Display Technologies LLC v. Dell Inc. -- STMicro Subpoena

Andrew,

I tried reaching you by phone but got your voicemail.  I write in regard to Nexus Display Technologies' subpoena to STMicro dated July 8, 2015.  The subpoena listed a deposition date of August 5, 2015.  However, we will be postponing the deposition to a later date so that we can meet and confer regarding document production and source code review.

Regards,

Justin

# EXHIBIT 2

10

Voicemail Transcription
September 17, 2015 at 2:18 p.m.

This is Amir Alavi. I have Justin and Chad here too with AZA. We are calling about the subpoena we served on STMicro in the Nexus case and Motion to Compel we filed. If you will give us a call back. My number is 713-600-4903 and Justin direct dial is 713-600-4952. I know there has been emails. You guys have been silent for a long time and we just need to get a resolution of this as quickly as possible. Thank you.